IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DALLAS BUYERS CLUB, LLC, | ) | Case No. 14-cv-4008 |
| | ) | |
| Plaintiff, | ) | Judge Robert M. Dow, Jr. |
| | ) | |
| v. | ) | Magistrate Judge Geraldine Soat Brown |
| | ) | |
| DOES 1-38, | ) | |
| | ) | |
| Defendants. | ) | |

### PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT
### PURSUANT TO FED. R. CIV. P. 7.1 AND LOCAL RULE 3.2

Plaintiff, Dallas Buyers Club, LLC, has no parent corporation and no publicly held entity owns more than 5% of its stock.

Respectfully submitted,

DALLAS BUYERS CLUB, LLC

DATED: June 12, 2014

By: /s/ Michael A. Hierl
Michael A. Hierl (Bar No. 3128021)
Todd S. Parkhurst (Bar No. 2145456)
Karyn L. Bass Ehler (Bar No. 6285713)
Hughes Socol Piers Resnick & Dym, Ltd.
Three First National Plaza
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
Phone: 312-604-2678
Fax: 312-604-2679
E-mail: mhierl@hsplegal.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Plaintiff's Corporate Disclosure Statement Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2 was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on June 12, 2014.

                                                                                           s/Michael A. Hierl